## GARCÍA *v.* KUINLAN.

### APELACIÓN procedente de la Corte de Distrito de

### Arecibo.

No. 140.   Resuelto en Mayo 15, 1905.

POSESIÓN JUDICIAL.—JURISDICCIÓN VOLUNTARIA.—Acordada, en un procedimiento
de *jurisdicción voluntaria,* la posesión judicial de una finca, por auto definiti-
vo dictado á favor del promovente, cualquiera otra parte que tuviere interés en
el asunto no podrá pretender con éxito que se declare *contencioso* el expedien-
te, si hubiere permitido que dicho auto se hiciera *firme,* por haber transcurri-
do el término legal sin interponer recurso alguno contra él, debiendo dicha
parte ventilar sus derechos en el juicio declarativo correspondiente.

EXPOSICIÓN DEL CASO.

En los autos de jurisdicción voluntaria promovidos an-
te el extinguido Tribunal del Distrito de Arecibo por Do-
ña Carmen García de Quevedo, sobre posesión.judicial de
una finca rústica é incidente de oposición establecido por
Don Gregorio Kuinlan contra el auto declarativo de la
posesión judicial acordada á favor de la promovente Do-
ña Carmen García de Quevedo; y cuyas diligencias pen-

den ante Nos á virtud del recurso de apelación estableci-
do por el opositor Don Gregorio Kuinlan contra el auto
dictado por el referido Tribunal de Distrito en diez de
Noviembre de mil novecientos tres, el que copiado á la le-
tra dice así:

"*Resultando* : que por auto dictado por esta Corte de Distrito el
diez de Octubre último, se mandó dar posesión á Doña Cármen Gar-
cía de uevedo, de una finca rústica de veinte y dos cuerdas cincuen-
te céntimos de otra, equivalentes á ocho hectáreas, ochenta y cuatro
áreas, treinta y cuatro centiáreas, de pastos, situada en el barrio de
Hato abajo, de este término municipal; y colindante al Norte y Oeste,
con el camino del Pajuil: y al Sud y Este, con dos caminos que
conducen al sitio de "Villa-nueva" : la cual finca fué comprada por
Doña Cármen García de Quevedo á Da. Generosa Guillan y Lozada,
casada con Don Pedro Ríos del Olmo, por escritura pública de diez
de Abril de 1896, debidamente inscrita en el Registro de la Pro-
piedad.—*Resultando* : que en quince del mismo mes de Octubre de
este año el oficial de Sala de esta Corte de Distrito, asistido del Al-
guacil, procedió en cumplimiento del auto citado, á dar posesión á Don
Ramón García Lago representante de Doña Carmen, de la misma fin-
ca descrita en el anterior Resultando, y requirió á Don Salvador
Aguilar y Sanchez, que estaba al frente de la finca, para que re-
conociera á Doña Carmen García de Quevedo, y en su representa-
ción á Don Ramón García Lago, como poseedora de la finca refe-
rida.—*Resultando* : que Don Epifanio Fernández Vanga, Abogado á
nombre de Don Gregorio Kuinlan Correa, vecino de esta Ciudad, ha
presentado escrito ante esta Corte, con fecha dos del mes actual, so-
licitando que se declare por este Tribunal contencioso el expedien-
te de jurisdicción voluntaria, en el que se decretó la posesión judi-
cial á favor de Doña Carmen García de Quevedo, y se reponga á Don
Gregorio Kuinlan, en posesión de la finca ya expresada, por alegar
derechos á ella, sin perjuicio de que el Sr. Kuinlan deduzca las accio-
nes civiles que tenga por conveniente, y se condene en las costas cau-
sadas á Doña Carmen García de Quevedo, acompañando un recibo cre-
ditivo de que paga contribuciones por reales tasados en novecientos
dollars, enclavados en el barrio de Hato-abajo, de esta jurisdicción,
y personales por seiscientos veinte y siete dollars.—*Considerando* : que
la posesión de la finca descrita en el primer Resultando de este auto, y
que se confirió á Doña Carmen García de Quevedo por esta Corte de
Justicia en diez de Abril próximo pasado, esta ajustada á las pres-

cripciones del artículo 2055 de la Ley de Enjuiciamiento Civil, por-que la solicitante presentó escritura pública justificativa de su de-recho, inscrita en el Registro de la Propiedad de este distrito.— *Considerando*: que según aparece del acta de posesión prac-ticada cinco días después, la finca rústica de que se pose-sionó el representante de Doña Carmen García de Quevedo, tiene la misma extensión y colindancias que la finca que consta en la escritura pública acompañada.—*Considerando*: que si el Sr. Kuinlan tiene algún derecho legítimo que hacer valer ante los Tribunales de Justicia sobre la finca de que se dió posesión á Doña Cármen García de Quevedo, puede hacerlo acudiendo al juicio de-clarativo correspondiente. pero sin pretender que por esta Corte á pretexto de declarar contencioso el expediente de jurisdicción vo-luntario incoado por Doña Carmen García de Quevedo, anule todo lo hecho y coloque al Sr. Kuinlan dentro de la finca tantas veces citada, cuando ni el Sr. Kuinlan protestó por medio de su representante en el acto de dársele posesión ni desde el doce de Octubre último hasta el dos de Noviembre actual, ha interpuesto recurso alguno contra el auto del día diez del mes pasado, que es firme según el artículo 81 de la Orden General número 118 de 1899, sin que sea de aplicación, por tanto, el artículo 1816 de la Ley de Enjuiciamien-to Civil, por impedirlo el artículo 1817 de la propia ley.—VISTAS las disposiciones citadas.—No ha lugar á declarar contencioso el ex-pendiente de jurisdicción voluntaria, incoado á instancias de Doña Carmen García de Quevedo, reservándose á Don Gregorio Kuinlan toda clase de derechos, para que los ejercite en la vía y forma co-rrespondiente, sin especial condenación de costas.—Lo acordaron y firman los Jueces del Tribunal; certifico.—Felipe Cuchí.—Carlos Franco Soto.—Otto Schoenrich.—José E. Figueras."

*Resultando*: que contra este auto interpuso apelación la representación de Don Gregorio Kuinlan, la que le fué admitida libremente y en ambos efectos y que eleva-dos los autos á esta Superioridad con citación y emplaza-miento de las partes, personadas éstas y sustanciado en forma el recurso, se señaló día para la vista, cuyo acto se celebró sin asistencia de los Abogados defensores de las partes.

Abogado del apelante: *Sr. Alvarez Nava*.

Abogado de la apelada: *Sr. Suliveres*.

EL JUEZ PRESIDENTE SR. QUIÑONES, después de exponer los hechos anteriores, emitió la opinión del Tribunal.

*Aceptando* los fundamentos de hecho y de derecho del auto apelado.

Fallamos que debemos confirmarlo y lo confirmamos en todas sus partes con las costas de esta segunda instancia al apelante.

Jueces concurrentes: Sres. Hernández, Figueras, Mac Leary y Wolf.